BR

FILED
Law
DEC 1 5 2008

DEC 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court

Northern District of Illinois

Eastern Division

Eric D. Walker

VS.                           case NO. 01-C-3745

mr. Paul J. Kaupas

Plaintiff Request for a
declaratory Judgment order

now comes Plaintiff Eric D. Walker pro se
to respectfully move to request Declaratory
judgment, for the foregoing reason's '. Pursuant to
28 usc 2201 (a) (2000)

Plaintiff Eric D. Walker pro se complaint
list and states that their exsist a history and
a pattern of Physical and mental and also.
Psychological abuse, dating from 1993 to
2008 at the hands of will county Police
and correctional officer's, at the will county
jail and also city of Jolie Police.

On September 1- 2009 Plaintiff Eric D. Walker pro,se will be released from the Illinois Department of Correction into the city of Joliet, Will county, Illinois, to serve a Three year parole term, and their is a very strong possibility that Plaintiff will be Arrested again, and sent back to will county Jail, and their exsist a very, very strong likely hood he will be subjected to more beatings.

Wherefore:
Plaintiff Eric D. Walker pro,se request that this court issue, an declaratory Judgment to will county and city of Joliet, in favor of the Plaintiff pursuant to 28 usc 2201 (a) (2000)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


ERIC D. WALKER

VS.                           CASE NO.  07-C-3745

MR. PAUL J. KAUPAS


NOTICE OF FILING
_____

PLEASE TAKE NOTICE THAT ON _12-8-2008____ I ERIC D. WALKER pro,se
FILED WITH THE CLERK OF THE UNITED STATES DISTRICT COURT THE
FOREGOING DOCUMENT'S ATTACHED, PLAINTIFF SWEAR UNDER PENALTY OF
PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY
KNOWLEDGE. AND THAT I HAVE SERVED A COPY ON THE PERSON OR
PERSON'S
BELOW.


CC; _mr. Micheal D. Wong_____

CC; _Taylor V. Nora_____

CC;_____

CC;_____


ERIC D. WALKER # _N-73,569_____
_P.o Box 999_____
_Pinckneyville IL  62274_____
_____

_12-8-2008_ /S/ _Eric Wal_____